IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| **0.9431 ACRES OF LAND, MORE OR** § | Civil Action No. 7:15-cv-00046-O |
| **LESS, SITUATE IN YOUNG COUNTY** § | |
| **TEXAS, GRAHAM PLAZA** § | |
| **ASSOCIATES, LTD., et al,** § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 50. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED with prejudice**. A Final Judgment, which reflects the Court's acceptance of the Magistrate Judge's Findings, conclusions, and Recommendation, will issue separately.

**SO ORDERED** on this **12th day** of **July, 2016**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1